**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00522-KAS

REGAN BENSON,

    Plaintiff,

v.

RON THOMAS, in his individual and official capacities,
MARK FLEECS, in his individual and official capacities,
JASON ANDERSON, in his individual and official capacities,
JERAMI CHAVEZ, in his individual and official capacities,
JIMMY MARTINEZ, in his individual and official capacities,
KRISTIN GEORGE, in her individual and official capacities,

    Defendants.

---

**STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS, WITH PREJUDICE**

---

Plaintiff Regan Benson and Defendants Ron Thomas, Mark Fleecs, Jason Anderson, Jerami Chavez, Jimmy Martinez, and Kristin George, by and through their respective counsel of record, hereby stipulate to the dismissal of all claims asserted by Regan Benson against all Defendants in the above-referenced matter, with prejudice, and with her party bearing his, her or their respective attorney fees and costs.

WHEREFORE, Plaintiff and Defendants hereby stipulate to the dismissal of all Defendants from this case, including all claims which were or might have been asserted, with prejudice.

Dated this 12th day of July 2024.

Respectfully submitted by,

*s/ Craig L. Pankratz*
Craig L. Pankratz, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, Colorado 80202-5332
(720) 913-3100
craig.pankratz@denvergov.org
*Counsel for Defendants Ron Thomas, Mark Fleecs, Jason Anderson, Jerami Chavez and Jimmy Martinez*

*s/ William A. Rogers, III*
Christina Gonsalves
William A. Rogers, III
Dietze & Davis, PC
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
cgonsalves@dietzedavis.com
wrogers@dietzedavis.com
*Counsel for Defendant Kristin George*

*s/ Andy McNulty*
Andy McNulty
Mari Newman
Newman McNulty
15 E. Maple Avenue
Denver, CO  80209
(720) 850-5770
andy@newman-mcnulty.com
mari@newman-mcnulty.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2024, the foregoing **STIPULATED MOTION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANT, WITH PREJUDICE** was filed with the Clerk of the Court via the CM/ECF system which will send a notification of such filing to the following:

Andy McNulty
Mari Newman
Newman McNulty
andy@newman-mcnulty.com
mari@newman-mcnulty.com
*Counsel for Plaintiff*

Christina Gonsalves
William A. Rogers, III
Dietze & Davis, PC
cgonsalves@dietzedavis.com
wrogers@dietzedavis.com
*Counsel for Defendant Kristin George*

*s/ Sarah Peasley*
Denver City Attorney's Office

3